**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-62266-RNS

JOE HOUSTON,

     Plaintiff,

v.

LA SHOPS, LLC D/B/A LA SHOPS
and GRUPO CORZO, INC. D/B/A
SALIMAR CEVICHE BAR,

     Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, JOE HOUSTON, and Defendants, LA SHOPS, LLC D/B/A LA SHOPS and GRUPO CORZO, INC. D/B/A SALIMAR CEVICHE BAR, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this May 19, 2023.

/s/ *Anthony J. Perez*                 /s/ *Omar Ortega*_____
Anthony J. Perez                     OMAR ORTEGA
Florida Bar No. 535451           Florida Bar No. 95117
Garcia-Menocal & Perez, P.L.     YVETTE C. BUERGO
350 Sevilla Avenue, Suite 200    Florida Bar No. 1003212
Coral Gables, Fl 33134           DORTA & ORTEGA, P.A.
Telephone: (305) 553- 3464      3860 SW 8th Street, PH
Email:  ajperez@lawgmp.com     Coral Gables, Florida 33134
*Counsel for Plaintiff*              (Tel) 305-461-5454

1

Email: OOrtega@dortaandortega.com;
YBuergo@dortaandortega.com;
DCruz@dortaandortega.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this May 19, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez_____
ANTHONY J. PEREZ