United States District Court
for the
Southern District of Florida

Joe Houston, Plaintiff,          )
                                  )
v.                          )
                                  )  Civil Action No. 22-62266-Civ-Scola
LA Shops, LLC, and Grupo Corzo,  )
Inc., Defendants.          )

## Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 25.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 9, 2023.

Robert N. Scola, Jr.
United States District Judge